UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XAND CORPORATION<br>　　　　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>STRATEGIC ENERGY, LLC<br><br>　　　　　　　　　　Defendant. | Case No. **08 CIV. 0513**<br><br>Rule 7.1 Statement  JUDGE ROBINSON |

　　　Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Strategic Energy_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　Strategic Energy is a power marketer that is an indirect subsidiary of Great Plains Energy Incorporated ("GPE"). GPE (NYSE: GXP), headquartered in Kansas City, Mo., is the holding company for two business units: Kansas City Power & Light, a regulated provider of electricity in the Midwest; and Strategic Energy. GPE has issued securities to the public. Except as stated herein, Strategic Energy has no other ultimate parent corporation. No other publicly held company owns 10% or more of Strategic Energy.

Date: 1/18/08

Signature of Attorney

Attorney Bar Code: 6058