## DECLARATION OF SERVICE

Arthur Morrison pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on August 15, 2008 I caused the annexed Notice of Motion to be served on:

Thomas M. Bona, P.C.
Attorney for Defendant
Office and P.O. Address
123 Main Street
White Plains, New York 10601
(T) 914-428-1438
(F) 914-428-1313

by depositing a true and correct copy thereof, properly enclosed in FedEx Priority Overnight wrapper, directed to said law firm at the address within the State designated by them for that purpose and/or in accordance with the Southern District's Rules **and also** faxed a copy to 914-428-1413.

RESPECTFULLY SUBMITTED,

Dated: Hawthorne, New York        /s/    Arthur Morrison
       August 15, 2008

# MEMORANDUM
# FAX TRANSMISSION & Priority Overnight

**Arthur Morrison**
**Attorney for Plaintiff**
**Office and PO Address**
**11 Skyline Drive**
**Hawthorne, New York 10532**
**(T) 914-592-8282**
**(F) 914-592-3482**

To:

Thomas M. Bona, P.C.
Attorney for Defendant
Office and P.O. Address
123 Main Street
White Plains, New York 10601
(T) 914-428-1438
(F) 914-428-1313

Hawthorne, New York

August 15, 2008

Re:

Reply Declaration

---

Enclosed please find the Reply Declaration of the Plaintiff.

## Confirmation Report – Memory Send

```
Page        : 001
Date & Time : Aug-15-08  06:18pm
Line 1      : 2126267394
E-mail      :
Machine ID  : Assoc of the Bar NYC-Library Reference
```

| | |
|---|---|
| Job number | : 413 |
| Date | : Aug-15 06:16pm |
| To | : ☎9191442 81413 |
| Number of pages | : 008 |
| Start time | : Aug-15 06:17pm |
| End time | : Aug-15 06:18pm |
| Pages sent | : 008 |
| Status | : OK |
| Job number | : 413 |

\*\*\* SEND SUCCESSFUL \*\*\*

---

**MEMORANDUM**
**FAX TRANSMISSION & Priority Overnight**

Arthur Morrison
Attorney for Plaintiff
Office and PO Address
11 Skyline Drive
Hawthorne, New York 10532
(T) 914-592-8282
(F) 914-592-3482

To:

Thomas M. Bona, P.C.
Attorney for Defendant
Office and P.O. Address
123 Main Street
White Plains, New York 10601
(T) 914-428-1438
(F) 914-428-1413 ✓

Hawthorne, New York

August 15, 2008

Re:

Reply Declaration

---

Enclosed please find the Reply Declaration of the Plaintiff.

9